1  BARRY J. PORTMAN
   Federal Public Defender
2  HILARY A. FOX
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607
4  Tel: (510) 637-3500
   Counsel for Defendant MATTISON

FILED

FEB 5 - 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,              )
                                       )   No. CR 06-70678-WDB
             Plaintiff,                )
                                       )   STIPULATION AND [PROPOSED]
      v.                               )   ORDER TO CONTINUE STATUS
                                       )   HEARING ON RULE 20
IVAN MATTISON                          )
                                       )   Date:   February 6, 2007
             Defendant.                )   Time:   10:00 a.m.
                                       )   Court:  Hon. Wayne D. Brazil
                                                   U.S. Magistrate Judge

    Defendant Ivan Mattison and the government, through counsel, hereby stipulate and request that the status hearing currently set for Tuesday, February 6, 2007, at 10:00 a.m. be continued until Friday, March 2, at 10:00 a.m. The parties request this continuance because, at this time, the Rule 20 proceedings have not yet been completed. Defense counsel will continue working with the prosecutor's office in Washington to ensure that this is completed as quickly as possible.

    The parties further stipulate and agree that the time between February 6 and March 2, 2007, should be excluded under the Speedy Trial Act, 18 U.S.C. §3161 (h)(1)(G).

*[Handwritten: cc: WDB's stats, Pretrial, Copy to parties via ECF]*

-1-

1  SO STIPULATED.

2  Dated:  February 5, 2007                    /S/

3                                              _____
                                               HILARY A. FOX
4                                              Attorney for Defendant MATTISON

   SO STIPULATED.
5

6  Dated:  February 5, 2007                    /S/

7                                              _____
                                               GEORGE BEVAN
8                                              Assistant United States Attorney

9                    SIGNATURE ATTESTATION
   I hereby attest that I have on file all holograph signatures indicated by a "conformed"
10 signature ("/S/") within this efiled document.

11

12                            **ORDER**

13     Based on the parties' above stipulation, and good cause appearing, it is hereby ORDERED

14 that the status hearing currently set for Tuesday, February 6, 2007 at 10:00 a.m. is continued to

15 Friday, March 2, 2007 at 10:00 a.m.  It is further ORDERED that the time between February 6

16 and March 2 is excluded for purposes of the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(G), in that

17 this period of delay results from a proceeding relating to the transfer of a case from another district

18 under the Federal Rules of Criminal Procedure.

19     IT IS SO ORDERED.

20 Dated:  2/5/07                               _____
                                               WAYNE D. BRAZIL
21                                             United States Magistrate Judge