1  BARRY J. PORTMAN
   Federal Public Defender
2  HILARY A. FOX
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607
4  Tel: (510) 637-3500
   Counsel for Defendant MATTISON
5
6
7
8
9                  IN THE UNITED STATES DISTRICT COURT
10                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
12 UNITED STATES OF AMERICA,           )
                                        )  No. CR-07-00130-MJJ
13                 Plaintiff,           )
                                        )  STIPULATION AND ORDER TO
14       v.                             )  CONTINUE STATUS HEARING ON
                                        )  RULE 20
15 IVAN MATTISON                        )
                                        )
16                 Defendant.           )
                                        )
17

18       Defendant Ivan Mattison and the government, through counsel, hereby stipulate and request
19 that the status hearing previously set for Friday, March 2, 2007, at 10:00 a.m. be continued until
20 Monday March 26, at 10:00 a.m.  The parties previously requested a continuance to allow additional
21 time for the Rule 20 proceedings to be completed.  The parties understand that the transfer papers
22 were recently received in this district, and for this reason, the parties are requesting that the matter be
23 added to the Court's calendar for Monday, March 26, 2007 at 10:00 a.m.
24       The parties further stipulate and agree that the time between March 2 and March 26, 2007,
25 should be excluded under the Speedy Trial Act, 18 U.S.C. §3161 (h)(1)(G).
26

1  SO STIPULATED.

2  Dated:  March 22, 2007                    /S/
                                            _____
3                                            HILARY A. FOX
                                            Attorney for Defendant MATTISON
4  SO STIPULATED.

5

6  Dated:  March 22, 2007                    /S/
                                            _____
7                                            GEORGE BEVAN
                                            Assistant United States Attorney
8

9              SIGNATURE ATTESTATION
   I hereby attest that I have on file all holograph signatures indicated by a "conformed"
10 signature ("/S/") within this efiled document.

11

12                          **ORDER**

13      Based on the parties' above stipulation, and good cause appearing, it is hereby ORDERED that

14 the status hearing currently set for Friday, March 2, 2007 at 10:00 a.m. is continued to Monday,

15 March 26, 2007 at 10:00 a.m.   It is further ORDERED that the time between March 2 and March 26

16 is excluded for purposes of the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(G), in that this period of

17 delay results from a proceeding relating to the transfer of a case from another district under the

18 Federal Rules of Criminal Procedure.

19      IT IS SO ORDERED.

20 Dated: March 23, 2007
                                            _____
21                                           WAYNE D. BRAZIL
22                                           United States Magistrate Judge

23

24

25

26

                              - 2 -