IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**SEIKO EPSON CORPORATION,**

        Plaintiff(s),

  v.

**CORETRONIC CORPORATION, et al.,**

        Defendant(s),

                                /

No. C06-6946 **MJJ**

**CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE IN REASSIGNED CASE**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT a Case Management Conference before the Hon. Martin J. Jenkins has been set for **June 5, 2007** at **2:00 p.m.** A Joint Case Management Conference Statement is due 7 days prior to the conference.

Please report to courtroom 11, on the 19th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: April 11, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
      Edward Butler
      Courtroom Deputy

Please refer to Judge Jenkins' Standing Order located at www.cand.uscourts.gov for additional information. Pursuant to the Standing Order, the rescheduling of a hearing date for a motion does not change the date on which an opposition brief or reply brief is due; any opposition brief remains due not less than 21 days prior to the date of the *originally noticed* hearing and any reply brief is due not less than 14 days prior to the *originally noticed* hearing date.