1  BARRY J. PORTMAN
   Federal Public Defender
2  HILARY A. FOX
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607
4  Tel: (510) 637-3500
   Counsel for Defendant MATTISON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. CR 07-00130-MJJ |
| | ) | STIPULATION AND [~~PROPOSED~~] |
| v. | ) | ORDER TO CONTINUE STATUS |
| | ) | HEARING |
| IVAN MATTISON | ) | |
| | ) | Date: April 5, 2007 |
| Defendant. | ) | Time: 2:00 p.m |
| | ) | Court: Hon. Martin J. Jenkins |
| | | U.S. District Court |

   Defendant Ivan Mattison and the government, through counsel, hereby stipulate and request that the status hearing currently set for Thursday, April 5, 2007 at 2:00, be continued Friday, April 27, 2007, at 2:30 p.m.  At this time, the government is in the process of producing discovery to the defendant; however, defendant has not yet had an opportunity to receive or review this discovery. This case has been transferred to this district pursuant to Rule 20 of the Rules of Criminal Procedure so the parties anticipate working out a plea agreement, but defendant first needs an opportunity to review the discovery.  For these reasons, the parties jointly request this continuance.

   The parties further stipulate and agree that the time between April 5 and April 27, 2007,

- 1 -

should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), because the continuance is necessary to provide defendant with the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

SO STIPULATED.

Dated: April 5, 2007  /S/
HILARY A. FOX
Attorney for Defendant MATTISON

SO STIPULATED.

Dated: April 5, 2007  /S/
GEORGE BEVAN
Assistant United States Attorney

SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document.

**ORDER**

Based on the parties' above stipulation, and good cause appearing, it is hereby ORDERED that the status hearing currently set for Thursday, April 5, at 2:00 p.m. is continued to Friday, April 27, 2007 at 2:30 p.m. It is further ORDERED that the time between April 5 and April 27, 2007, is excluded for purposes of the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), because the continuance is necessary to provide defendant with the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

IT IS SO ORDERED.

Dated: April 9, 2007

MARTIN J. JENKINS
United States District Court