```
1
2
3
4
5
6
7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10
11  UNITED STATES OF AMERICA,        )  No.  CR 07-00130 MJJ
                                     )
12              Plaintiff,           )  ORDER FOR RELEASE
                                     )  FROM CUSTODY
13  v.                               )
                                     )
14  IVAN MATTISON,                   )
                                     )
15              Defendant.           )
    ─────────────────────────────────)
16
17
18     GOOD CAUSE APPEARING, it is hereby ordered that defendant IVAN
19  MATTISON be immediately released from the custody of the United
20  States Marshal Service.
21     IT IS SO ORDERED.
22
23
    Dated:  June 22, 2007          _____ For
24                                   MARTIN J. JENKINS
                                     United States District Court
25
26

ORDER FOR RELEASE
```

*IT IS SO ORDERED*
*Judge Bernard Zimmerman*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*