1

2

3          UNITED STATES DISTRICT COURT

4          NORTHERN DISTRICT OF CALIFORNIA

5

6    UNITED STATES OF AMERICA,                    No. CR 07-0130 MJJ

7                 Plaintiff(s),              **ORDER REVOKING AND
                                             REINSTATING  SUPERVISED RELEASE**
8       v.                                   **AND JUDGEMENT**

9    IVAN DARNELL MATTISON,

10                Defendant(s).
     _____/

11

12

13          This matter came on pursuant to an Order to Show Cause why supervised release should not

14   be revoked.  Defendant appeared in person with his attorney Eric Hairston. The United States was

15   represented by Assistant United States Attorney Kirstin Ault.

16          The defendant was advised of the following:

17          1.     His right to a hearing on the alleged violations of supervised release;

18          2.     His right to confront and cross-examine witnesses;

19          3.     His right to produce evidence and witnesses at the hearing without cost to him if he

20                 could not afford the same;

21          4.     His right to continue to have court appointed counsel represent him throughout the

22                 proceedings; and

23          5.     The nature of the revocation proceedings and the consequences if a violation was

24                 found and supervised release revoked or modified.

25          The court finds that defendant was fully advised of his constitutional and statutory rights in

26   connection with these proceedings either as a basis for modification or revocation; that he  fully

27   understands the nature of the proceeding and the defenses that he may assert in the proceeding; that

28   he fully understands the consequences of the proceeding; and that he freely and voluntarily waives

**United States District Court**
**For the Northern District of California**

1   his right to a hearing, his counsel consenting thereto.

2          The court finds that the defendant has admitted to the violations as alleged in the  petition to

3   revoke and that such violations are sufficient cause to revoke supervised release.

4

5   Charge 2:          Violation of Standard Condition Number Seven which states that defendant

6                      shall refrain from the use of a controlled substance, in that on or about March

7                      26, 2008, an unannounced home contact was made at defendant's home and

8                      he admitted that he had used crack cocaine, and was instructed to report to the

9                      US Probation Office and contact his counselor. To date, the defendant has

10                     failed to contact his treatment provided and his probation officer.

11  Charge 5:          Violation of Special Condition Number Three  which states the defendant

12                     shall participate in a program of testing and treatment for drug abuse, as

13                     directed by the US Probation Officer in that on June 25, 2007 the defendant

14                     was referred to Sharper Future for substance abuse testing and treatment.

15                     Defendant failed to appear for counseling on July 18, July 25, July 30, August

16                     8, August 15, August 22, August 29, 2007 and February 13, February 20, and

17                     February 27, 2008; Defendant also failed to comply with code-a-phone

18                     collection procedures and sweat-patch re-application;

19  Based on the foregoing,

20          IT IS ADJUDGED that supervised release  is hereby REVOKED  AND REINSTATES a

21  further Term of Supervised Release for a period of 24 months thereafter, with all previously ordered

22  conditions of release to remain in full effect.  Defendant shall be released directly to New Bridge

23  facility for a period of 3 months.

24

25  Dated: May 21, 2008

26                                              MARILYN HALL PATEL
                                               United States District Court

27

28

**United States District Court**
For the Northern District of California